1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ISAC ESTRADA,

11              Petitioner,                No. 2:11-cv-2871 KJN P

12         vs.

13    MICHAEL STRAINER, Warden,

14              Respondent.                ORDER

15    _____/

16              Shortly before filing his traverse in this habeas corpus action, petitioner requested

17    appointment of counsel.  (Dkt. No. 15.)  There currently exists no absolute right to appointment

18    of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).

19    Nevertheless, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case

20    "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

21              The instant habeas action is now fully briefed.  It appears that the petition is well

22    documented, and the traverse well reasoned.  Petitioner's assertion that he is prejudiced by his

23    lack of legal expertise will be considered by the court upon substantive review of the pleadings.

24    Petitioner also asserts that the assistance of counsel will be needed if the court determines that

25    further discovery and/or an evidentiary hearing is warranted in this action.  However, this

26    determination must also be made upon substantive review of the petition.  Therefore, at the

1   present time, the court finds that the interests of justice do not require appointment of counsel;

2   however, the court will further consider, sua sponte and sub silentio, the merits of petitioner's

3   request upon the court's substantive review of the petition; the court will also duly consider a

4   later-filed request based upon changed circumstances.

5              Accordingly, IT IS HEREBY ORDERED that petitioner's February 6, 2012

6   request for appointment of counsel (Docket No. 15), is denied without prejudice to a renewal of

7   the motion at a later stage of the proceedings.

8   DATED:  May 14, 2012

9

10

11   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

12   estr2871.110.plus

13

14

15

16

17

18

19

20

21

22

23

24

25

26