UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAC ESTRADA, | No. 2: 11-cv-2871 KJN P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL STAINER, Warden, | |
| Respondent. | |

      Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent's motion to dismiss for failure to exhaust state court remedies is pending before the court.  This undersigned finds that oral argument regarding respondent's motion would be beneficial.  Accordingly, a hearing on respondent's motion is set for December 4, 2014, at 10:00 a.m., before the undersigned.

      At the hearing, the parties shall be prepared to discuss several issues in addition to those not briefed. In particular:  (1) Respondent shall be prepared to address whether he is waiving exhaustion as to petitioner's claim alleging insufficient evidence of petitioner's active participation in a street gang.  (2) The parties shall be prepared to address whether petitioner's unexhausted claims fall within the "technical exhaustion" requirement on the grounds that petitioner's claims would be found time barred if he returned to state court.  (3) The parties shall be prepared to address whether petitioner's actual innocence claim is an exception to procedural

1

default. (4) The parties shall also be prepared to discuss whether an actual innocence claim, raised as an exception to procedural default, must be connected to a defaulted claim.

Finally, petitioner shall be prepared to address what action, if any, the Innocence Project has taken with respect to his actual innocence claim.

Accordingly, IT IS HEREBY ORDERED that a hearing regarding respondent's motion to dismiss is set for December 4, 2014, at 10:00 a.m., before the undersigned.

Dated:  October 23, 2014

Es2871.set

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE