UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ISAC ESTRADA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL STAINER,<br><br>　　Warden, Respondent. | Case No. 2:11-cv-02871 KJN<br><br>**ORDER** |

IT IS HEREBY ORDERED that the hearing on Respondent's Motion to Dismiss is continued to December 18, 2014, at 9:00 a.m., in Courtroom 25, of the United States District Court, Eastern District.

Dated:  December 10, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order