UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAC ESTRADA, | No. 2: 11-cv-2871 KJN P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL STRAINER, et al., | |
| Respondents. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties have consented to the jurisdiction of the undersigned for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a).

On April 27, 2015, the undersigned granted petitioner's motion to stay this action in order for petitioner to exhaust additional claims. (ECF No. 48.) On May 20, 2021, respondent filed a motion to dismiss this action for lack of prosecution. (ECF No. 49.) Petitioner did not respond to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause for his failure to oppose respondent's motion to dismiss; failure to respond to this order will be deemed a waiver of opposition to the motion to dismiss.

Dated: June 15, 2021

Es2871.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE